IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. CARPENTER,

    Petitioner,        No. CIV S-05-1547 MCE GGH P

   vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.      <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

       Petitioner alleges that he has been unable to file appeals because prison officials have stolen, confiscated and denied him access to his legal papers. He also alleges that he has been denied access to the law library.

       The purpose of a habeas corpus petition pursuant to 28 U.S.C. § 2254 is to challenge the validity of a conviction or sentence. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge conditions of confinement. Because petitioner is challenging conditions of confinement, the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983. The petition is dismissed and petitioner is granted thirty days to file a civil rights

1

complaint.

Petitioner's in forma pauperis affidavit does not contain the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Accordingly, petitioner will be provided the opportunity to submit the completed application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983; the petition is dismissed with thirty days to file a civil rights action;

2. Petitioner shall submit, within thirty days from the date of this order, the certification required on the application form.

3. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner and a civil rights complaint form;

4. Failure to comply with this order will result in a recommendation of dismissal of this action.

DATED:   8/30/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
car1547.ord