IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. CARPENTER,                     No. 2:05-cv-1547-MCE-GGH-P

      Plaintiff,

  v.                                     <u>ORDER</u>

ROSEANNE CAMPBELL, et al.,

      Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 13, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within twenty (20) days. Plaintiff has not filed Objections to the Findings and Recommendations.

1

1   The Court has reviewed the file and finds the Findings and

2   Recommendations to be supported by the record and by the

3   magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

4   that:

5       1.  The Findings and Recommendations filed January 13, 2006,

6   are adopted in full; and

7       2.  This action is dismissed without prejudice.  <u>See</u> Local

8   Rule 11-110; Fed. R. Civ. P. 41(b).

9   DATED: March 7, 2006

10

11

12   _____
     MORRISON C. ENGLAND, JR
13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

2